**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ASHEEK ANDREW YUSUF | No. 3:26cr56(MPS) |

**ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS**

Having reviewed the transcript of the change-of-plea proceedings, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made, and that there is a factual basis for the plea.  I therefore accept and adopt the recommendation that the defendant's plea of guilty be accepted.  Accordingly, a finding of guilty shall enter forthwith.

IT IS SO ORDERED.

_____/s/_____
Michael P. Shea, U.S.D.J.

Dated:        Hartford, Connecticut
              June 22, 2026